# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Taiwan D.,**

    **Plaintiff,**

    v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**Case No. 2:24-cv-3126**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is before the Court on the Parties' Joint Motion to Remand. (ECF No. 8.) The Parties seek to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). (*Id.*) For good cause shown, the Joint Motion is **GRANTED**. This matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration and administrative proceedings consistent with this Order and Parties' Joint Motion. Per the Parties' Joint Motion, upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, hold a new hearing, and issue a new decision.

The Clerk is **DIRECTED** to **ENTER JUDGMENT** in Plaintiff's favor under Fed. R. Civ. P. 58 and terminate this case.

**IT IS SO ORDERED.**

**8/21/2024**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**